In the Matter of the Application of IDA JOLLES, Petitioner, Respondent, for an Order Directing that MORRIS WUNTHAL Proceed with the Arbitration Provided for in the Certain Agreement in Writing Entered into between the Petitioner and MORRIS WUNTHAL and J. JOLLES STUDIOS, INC., on the 27th Day of March, 1937, in Accordance with the Provisions Thereof and of the Laws Applicable Thereto. MORRIS WUNTHAL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

HENRY WILLNER and EMANUEL KRAMER, Doing Business, etc., Appellants, v. SAM WILLNER, Doing Business, etc., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

HARRY GUTMAN and Others, Appellants, v. MEL H. JACOBS, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

ROBERT I. BUCHHOLZ, Appellant, v. UNITED STATES FIRE INSURANCE COMPANY, Respondent.— Order unanimously modified by eliminating the examination of John Miller, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

MORRIS H. SIEGEL and SAMUEL M. SIEGEL, Individually and as Copartners, etc., Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY and CHARLES G. TAYLOR, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

HELEN MICHAUD, Appellant, v. EMILE MICHAUD, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by Its Superintendent of Insurance. In Re Liquidation Proceedings of LLOYDS INSURANCE COMPANY OF AMERICA, Successor in Interest of LLOYDS CASUALTY COMPANY. ALBURN E. SKINNER, Petitioner, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LLOYDS INSURANCE COMPANY OF AMERICA, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

GOLDIE PETKER and MEYER PETKER, Respondents, v. ALBERTA E. RUDOLPH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

LOUISE WOOD, Respondent, v. JOHN S. WOOD, Appellant.— Order unanimously modified by reducing counsel fee to the sum of $1,500, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of OTTO GILLIG, an Attorney and Counselor at Law, Appellant, for an Adjudication of Said Attorney's Rights in the Matter of

NICOLE DE PARIS, INC., Plaintiff, Respondent, v. HARRY KALMAN, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the matter referred to an official referee to hear and report to the court at Special Term. No opinion. Settle order on notice. Present — Martin P. J., O'Malley, Townley, Untermyer and Dore, JJ.